MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone:   (310) 299-5500
Facsimile:    (310) 299-5600

*Attorneys for Defendant*
KYC INSURANCE SERVICES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KYC INSURANCE SERVICES, LLC; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 4:18-cv-7543-DMR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Date Filed:  December 14, 2018<br><br>Trial Date:  None Set |

1
**JOINT NOTICE OF SETTLEMENT**

The parties wish to inform the Court that they have reached a settlement in the above-referenced case. Once the formal settlement agreement has been fully executed, Plaintiff will file a Notice of Voluntary Dismissal of the entire action.

Dated:  February 26, 2019                         LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:    /s/ *Adrian R. Bacon*
TODD M. FRIEDMAN
MEGHAN E. GEORGE
ADRIAN R. BACON
Attorneys for Plaintiff
ABANTE ROOTER AND PLUMBING, INC.

Dated:  February 26, 2019                         MICHELMAN & ROBINSON, LLP

By:    /s/ *Marc R. Jacobs*
MARC R. JACOBS
Attorneys for Defendant
KYC INSURANCE SERVICES, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Marc R. Jacobs, attest that the concurrent in the filing of this Joint Notice of Settlement has been obtained from the other signatory.

/s/ *Marc R. Jacobs*
Marc R. Jacobs